IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANNIE CRAWFORD, on behalf of
herself and all others
similarly situated,

Plaintiff,

v.

TALK AMERICA INC.,

Defendant.                                                   No. 05-CV-0180-DRH

ORDER

**HERNDON, District Judge:**

On March 29, 2006, the parties filed a joint stipulation for dismissal with prejudice pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** (Doc. 53). Thus, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 30th day of March, 2006.

/s/     David   RHerndon
United States District Judge